## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 10-22335-CIV-HUCK/DUBÉ

THERESA WALKER,

      Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/



### ORDER ADOPTING REPORT AND RECOMMENDATION

      THIS CAUSE is before the Court on both Plaintiff's and Defendant's Motions for Summary Judgment (D.E. # 19 & D.E. # 20). The Honorable Robert L. Dubé, United States Magistrate Judge, issued a Report and Recommendation on the motions, filed February 22, 2011 (D.E. #21), recommending that (1) Plaintiff's Motion for Summary Judgment be granted in part, that (2) Defendant's Motion for Summary Judgment be denied, and that (3) the decision of the Commissioner be reversed and remanded for further proceedings consistent with the Report.

      Neither party has objected to the Report and Recommendation within the period required by law. Therefore, they may not challenge the findings contained in the Report and Recommendation "except for plain error or manifest injustice." *LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988). This Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, this Court ADOPTS the findings of fact and conclusions of law as stated in Judge Dubé's Report (D.E. # 21). Accordingly, for the reasons stated in the Report, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED IN PART, Defendant's Motion for Summary Judgment is DENIED, and the decision of the Commissioner is REVERSED and REMANDED in accordance with the Conclusion and Recommendation of Judge Dubé's Report. The Clerk is directed to close the case.

      DONE in Chambers, Miami, Florida, March 16, 2011.

                           Paul C. Huck
                          United States District Judge

Copies furnished to:
Robert L. Dubé, United States Magistrate Judge & Counsel of Record